IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-1233-AP

SUSAN ANN LUCERO

    Plaintiff,

v.

CAROLYN COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:
Michael W. Seckar
402 W. 12th Street
Pueblo, CO 81003
719-543-8636
719-543-8403 (facsimile)
seckarlaw@mindspring.com

For Defendant:
John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
J.B.Garcia@usdoj.gov

David I. Blower
Special Assistant United States Attorney
Denver, Colorado 80202
303-844-1571
303-844-0770 (facsimile)
David.blower@ssa.gov

- 1 -

**2.      STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.      DATES OF FILING OF RELEVANT PLEADINGS**

     **A.**     **Date Complaint Was Filed**: 5/9/13

     **B.**     **Date Complaint Was Served on U.S. Attorney's Office**: 7/12/13

     **C.**     **Date Answer and Administrative Record Were Filed**: 9/10/13

**4.      STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of his knowledge, Plaintiff states that the record is complete and accurate.

To the best of her knowledge, Defendant states that the record is complete and accurate.

**5.      STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.      STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.      OTHER MATTERS**

The parties state that there are no other matters.

**8.      BRIEFING SCHEDULE**

     **A.**     **Plaintiff's Opening Brief Due**: 11/12/13

     **B.**     **Defendant's Response Brief Due**: 12/12/13

     **C.**     **Plaintiff's Reply Brief (If Any) Due**: 12/27/13

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

   A.    **Plaintiff's Statement:** Plaintiff does not request oral argument.

   B.    **Defendant's Statement:** Defendant does not request oral argument.

**10.   CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice*.

   A.    ( )    All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

   B.    ( X )    All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause*.

DATED this 30th day of September, 2013.

> BY THE COURT:
>
> *s/John L. Kane*
> U.S. DISTRICT COURT JUDGE

APPROVED:

                                                John F. Walsh
                                                United States Attorney

| s/ Michael Seckar | **By:** s/ *David I. Blower* |
|---|---|
| 402 W. 12th Street | Special Assistant U.S. Attorney |
| Pueblo, CO 81003 | 1001 17th Street |
| 719-473-1515 | Denver, CO 80202 |
| 719-543-8403 (facsimile) | 303-844-1571 |
| seckarlaw@mindspring.com | 303-844-0770 (facsimile) |
| | David.blower@ssa.gov |
| | Attorneys for Defendant |

Attorneys for Plaintiff